UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


FILED
DEC -1 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA )
 ) CASE NO. 3:20cr112
v. )
 ) JUDGES: Varlan /Poplin
JEFFREY DAVID BEGUIN )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about October 4, 2018, in the Eastern District of Tennessee, the defendant, JEFFREY DAVID BEGUIN, did willfully and knowingly falsify, conceal, and cover up by trick, scheme, and device a material fact in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsifying and concealing facts pertinent to a criminal fraud investigation, all in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

LATOYIA T. CARPENTER
Assistant United States Attorney