IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:20-CR-112-KAC-DCP |
| JEFFREY DAVID BEGUIN, | ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant's Motion to Continue [Doc. 15], filed on May 16, 2022. Defendant asks the Court to continue the June 7, 2022, trial date and all relevant deadlines. The motion relates that Defendant's counsel has been involved in a good-faith effort to resolve Defendant's case, but despite due diligence, additional time is needed to review the voluminous discovery, communicate with Defendant who resides out of state, discuss the factual and legal issues of the case, and to confer with the Government regarding a potential resolution of this matter. Defendant submits that granting a continuance in this case will permit the parties the opportunity to make a full resolution of this matter, and it will serve the ends of justice in that the need for additional time to properly prepare the case outweighs the best interests of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). The motion indicates the right to a speedy trial has been fully explained to Defendant, who is currently out of custody pending his trial, and he understands that the period of time between the filing of the motion for a continuance and a rescheduled court date will be fully excludable for speedy trial

purposes. The motion relates that the Government does not oppose the requested continuance. The parties have conferred with Chambers and agreed on a new trial date of October 4, 2022.

The Court finds Defendant's Motion to Continue [Doc. 15] is unopposed by the Government and well-taken. The Court also finds that the ends of justice served by granting a continuance outweigh the interest of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Based upon the representations in the motion, defense counsel needs additional time to review the voluminous discovery, to communicate with Defendant, to discuss the legal and factual circumstances of this matter, and to confer with the Government regarding a potential resolution of this matter. The Court finds that all of this cannot occur prior to the June 7, 2022, trial date. Thus, the Court concludes that without a continuance, Defendant would not have the reasonable time necessary to prepare for trial, even proceeding with due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Defendant's Motion to Continue [**Doc. 15**] is **GRANTED**. The trial of this case is reset to **October 4, 2022**. The Court finds that all the time between the filing of the motion on May 16, 2022, and the new trial date of October 4, 2022, is fully excludable time under the Speedy Trial Act for the reasons set forth herein. *See* 18 U.S.C. § 3161(h)(7)(A)–(B). The Court also sets a new schedule in this case, which is stated in detail below.

Accordingly, it is **ORDERED** as follows:

(1) Defendant's Motion to Continue [**Doc. 15**] is **GRANTED**;

(2) The trial of this matter is reset to commence on **October 4, 2022**, **at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) All time between the filing of the motion on **May 16, 2022**, and the new trial date of **October 4, 2022**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) The new deadline for filing a plea agreement in the record and providing reciprocal discovery is **September 6, 2022**;

(5) The parties are to appear before the undersigned for a final pretrial conference on **September 16, 2022, at 11:00 a.m.**;

(6) The deadline for filing motions *in limine* is **September 19, 2022**; and

(7) Requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4. shall be filed on or before **September 23, 2022.**

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge